UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHAMED ALI JAMA,<br><br>                Plaintiff,<br><br>   v.<br><br>RICHARD JONES, et al.,<br><br>                Defendants. | CASE NO. C18-1193 RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis, Dkt. 1, is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons because the section applies to all in forma pauperis proceedings. *See Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

The Clerk shall provide a copy of this Order to plaintiff and to the assigned district judge.

DATED this 17th day of August, 2018.

                                                    /s/ *signature*
                                                    BRIAN A. TSUCHIDA
                                                    Chief United States Magistrate Judge