UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHAMED ALI JAMA,

    Plaintiff,

    v.

RICHARD JONES, et al.,

    Defendants.

Case No. C18-1193RSM

ORDER TO SHOW CAUSE

*Pro se* Plaintiff Mahamed Ali Jones has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #3. The Complaint was posted on the docket on August 17, 2018. Dkt. #4. Summonses have not yet been issued.

Mr. Jama brings this action against the Honorable Richard A. Jones and other judges. Dkt. #4. The Complaint states only that "all the Judges violated my rights." *Id*. There are no further facts, causes of action, or requests for relief.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

This Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There are no facts presented or causes of action. It appears to seek monetary

relief from defendants who are immune from such relief, and otherwise appears frivolous and malicious. Accordingly, Plaintiff's Complaint appears to suffer from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

In Response to this Order, Plaintiff must write a short and plain statement telling the Court (1) the law or laws upon which his claims are based, (2) why Defendants are not immune from such claims, and (3) why this case should not be dismissed as frivolous. **This Response may not exceed six double-spaced (6) pages**. Plaintiff is not permitted to file additional pages as attachments. The Court will take no further action in this case until Plaintiff has submitted this Response.

Accordingly, the Court hereby finds and ORDERS that Plaintiff shall file a Response to this Order to Show Cause containing the detail above **no later than twenty-one (21) days from the date of this Order**. Failure to file this Response will result in dismissal of this case. The Clerk shall send a copy of this Order to Plaintiff at 77 S. WASHINGTON AVE SEATTLE, WA 98104.

DATED this 21 day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE