# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MAHAMED ALI JAMA,

Plaintiff,

v.

RICHARD JONES, et al.,

Defendants.

Case No. C18-1193RSM

ORDER OF DISMISSAL

This matter comes before the Court *sua sponte* on the Court's Order to Show Cause, Dkt. #7. *Pro se* Plaintiff Mahamed Ali Jones has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #3. The Complaint was posted on the docket on August 17, 2018. Dkt. #4. Summonses have not yet been issued.

Mr. Jama brings this action against the Honorable Richard A. Jones and other judges. Dkt. #4. The Complaint states only that "all the Judges violated my rights." *Id*. There are no further facts, causes of action, or requests for relief.

On August 21, 2018, the Court issued an Order to Show Cause stating:

> This Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There are no facts presented or causes of action. It appears to seek monetary relief from defendants who are immune from such relief, and otherwise appears frivolous and malicious. Accordingly, Plaintiff's

ORDER TO SHOW CAUSE - 1

Complaint appears to suffer from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

Dkt. #7. The Court ordered Plaintiff to submit a statement telling the Court (1) the law or laws upon which his claims are based, (2) why Defendants are not immune from such claims, and (3) why this case should not be dismissed as frivolous.

On September 13, 2018, the Court received a response from Plaintiff. This responses states only:

> He violated me my rights at beginning. Whith [sic] out knowing. What they did to me Whith [sic] out knowing or see me or get Court. I need Justice all of them. Get Court or let them know What they did to me.

Dkt. #8 at 1. The remaining attachments filed by Plaintiff appear to be wholly unresponsive to the Court's questions.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

The Court finds that Plaintiff's Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There are no facts presented or causes of action. It seeks monetary relief from defendants who are immune from such relief, and otherwise appears frivolous and malicious. Accordingly, Plaintiff's Complaint suffers from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

Plaintiff has previously filed a nearly identical suit against the Honorable Richard A. Jones. *See* Case No. 2:17-cv-807-RSL, Dkt. #5. That case was dismissed without prejudice for the same reasons identified above. Case No. 2:17-cv-807-RSL, Dkt. #8. The Court warns

Plaintiff that continuing to file frivolous lawsuits may result in him being declared a vexatious litigant.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS:

1) Plaintiff's claims are DISMISSED.

2) All pending motions are terminated as moot.

3) This case is CLOSED.

4) The Clerk shall send a copy of this Order to Plaintiff at 77 S. WASHINGTON AVE SEATTLE, WA 98104.

DATED this 24 day of September, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 3